FILED

NOV -1 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAWANA CUNNINGHAM,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **4:17CR00497 SNLJ/JMB** |

### SUPPRESSED INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 2, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**TAWANA CUNNINGHAM,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Metro PCS, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about September 14, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**TAWANA CUNNINGHAM,**

the Defendant herein, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce or attempt to do so by robbery of Cricket Wireless, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, Untied States Code, Section 1951(a).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney